FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 27  PM 4: 26

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEPHEN TAYLOR STAGE | CIVIL ACTION |
| VERSUS | NO. 05-1710 |
| MARLIN GUSMAN, ORLEANS PARISH CRIMINAL SHERIFF | SECTION: "T" (4) |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the plaintiff Stephen Taylor Stage's **Motions to Amend Complaint (Rec. Doc. Nos. 6, 8, and 9)** are **DENIED**.

**IT IS FURTHER ORDERED** that Stage's Title 42 U.S.C. § 1983 claims against Orleans Parish Criminal Sheriff Marlin Gusman are **DISMISSED WITH PREJUDICE** as frivolous and

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No _____

otherwise for failure to state a claim for which relief can be granted pursuant to Title 28 U.S.C. §1915(e) and § 1915A and Title 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 27th day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE